**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PANG YANG,<br><br>          Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:25-cv-971 KES HBK<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF PANG YANG AND AGAINST DEFENDANT FRANK BISGNANO, COMMISSIONER OF SOCIAL SECURITY, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>Docs. 16, 20 |

Pang Yang and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Doc. 20.  Pursuant to the stipulation, an administrative law judge shall "offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision."  *Id.* at 1.  The parties also stipulated that judgment should be entered in favor of Plaintiff and against the Commissioner.  *Id.*

Based upon the terms of the stipulation, the Court ORDERS:

1.     Plaintiff's motion for summary judgment (Doc. 16) is terminated as MOOT.

///

1

2.  The matter is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3.  The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Pang Yang and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:     June 10, 2026

_____
UNITED STATES DISTRICT JUDGE